# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM GINNEVER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST CARPENTERS PENSION TRUST; CARPENTERS SOUTHWEST ADMINISTRATION CORPORATION, a California corporation,<br><br>　　　　　　Defendants. | NO. CV 10-06325 SJO (PLAx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　This matter came before the Court on Defendants Southwest Carpenters Pension Trust and Carpenters Southwest Administration Corporation's (collectively, "Defendants") and Plaintiff Kim Ginnever's ("Plaintiff") separate Motions for Summary Judgment, filed on February 28, 2011.

　　Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motions, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law. The Court grants Defendants' Motion against Plaintiff.

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be, and hereby is, entered in favor of Defendants Southwest Carpenters Pension Trust and Carpenters Southwest Administration Corporation as to Plaintiff Kim Ginnever's claim for relief under 29 U.S.C. § 1132(a)(1)(B).

IT IS SO ADJUDGED.

Dated: August 26, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2